**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICHOLAS PEDONE,

    Petitioner,

-vs-                                                            Case No.  6:11-cv-610-Orl-36TBS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.

_____/

**ORDER**

    Respondents filed a Supplemental Response (Doc. 22) in which they incorporate a request to dismiss the Petition.  Petitioner will be provided with an opportunity to file a reply to the Supplemental Response.

    Petitioner should not depend upon the allegations in his pleadings to counter the Supplemental Response.  Petitioner should respond with counter sworn affidavits and/or documents setting forth specific facts showing that there is a genuine issue of material fact in dispute.  If Petitioner fails to respond to the Supplemental Response or responds, but the response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Supplemental Response are established as true and that there is no genuine issue of material fact in dispute.  In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment entered in

their favor based upon the pleadings, affidavits, and other documentation. In that event, there will be no evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **FORTY-FIVE (45) DAYS** from the date of this order to reply to the Supplemental Response. Thereafter, the Supplemental Response will be taken under advisement by the Court and an order entered thereon without further notice.

**DONE AND ORDERED** in Orlando, Florida, this 23rd day of August, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 8/20
Counsel of Record
Nicholas Pedone

-2-